**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov


In re:                                                                                          Case No. 10-12611 BKC JKO

ALAN SUJOVOLSKY,
        Debtor.                                                                      Chapter 7
_____/


## DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY (D.E. #22)

      **COMES NOW,** the Debtor, ALAN SUJOVOLSKY, by and through undersigned counsel, and move this Court to deny Creditor American's Servicing Company (hereinafter "Creditor") Motion for Relief from Stay and would state as follows:

1. Debtor filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on February 3, 2010.

2. Relief was ordered pursuant to 11 U.S.C. §362 on February 3, 2010.

3. The §341 Meeting of Creditors is scheduled to be held before Trustee Leslie S. Osborne on April 7, 2010.

4. On or about March 26, 2010, Creditor America's Servicing Company filed a Motion for Relief from Stay (D.E. #22).

5. Pursuant to Local Rule 4001-1(C), this objection is timely.

## THE CREDITOR HAS FAILED TO DEMONSTRATE IT HAS AUTHORITY TO PROCEED AGAINST THE DEBTOR

6. The creditor America's Servicing Company has failed to demonstrate that it is the proper lienholder of the mortgage on the property at issue.

7. Attached to the creditor's motion was an exhibit demonstrating a mortgage on the property recorded by Virtualbank, a division of Lydian Private Bank. The creditor did not attach any exhibits or present any other documentation to demonstrate an assignment or other transfer of the mortgage from Virtualbank to America's Servicing Company.

8. As such, the creditor has failed to demonstrate that it has the proper authority to proceed against the debtor in the event the stay is lifted.

## THE CREDITOR HAS ADEQUATE PROTECTION

9. Pursuant to the Debtor's Statement of Intention (D.E. #1), the Debtor intends to reaffirm the debt securing the property in question. Because the Debtor intends to reaffirm the debt, such a reaffirmation would provide adequate protection of the Creditor's interests.

10. The Creditor's interest is given additional adequate protection due to the fact that the real estate property is fully and properly covered by insurance for any loss or damage.

11. Pursuant to the Debtor's Schedule C (D.E. #1), the Debtor claims the property in question as exempt under Fla. Const. Art. 10 §4. No objections to exemptions have been made by any party of interest.

12. As the property in question is the Debtor's homestead property, exempt under Fla. Const. Art. 10 §4, the property is essential to the debtor's ability to successfully reorganize and is necessary to effectuate the "fresh start" policy of the Bankruptcy Code.

**WHEREFORE,** the Debtor respectfully requests that this Court deny the Creditor's Motion for Relief from Stay (D.E. #22), enforce the provisions of the stay, and grant any additional relief as the Court may deem just and proper.

## CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection to Motion for Relief from Stay was mailed to the addresses on the attached mailing list on this __6__ day of April, 2010.

                                        **JONATHAN KLINE, P.A.**
                                        Attorneys for Debtor
                                        2761 Executive Park Dr
                                        Weston, Florida 33331
                                        Telephone: (954)557-1750
                                        Facsimile: (954)823-6852
                                        Jonathan.Kline@jklawfl.com


                                        By: _/s/ Jonathan Kline_____
                                              Jonathan Kline, Esq.
                                              Fla. Bar No. 6092

Mailing List for Bankruptcy Case No. 10-12611-JKO:

*TRUSTEE*
**LESLIE S. OSBORNE**
1300 N. FEDERAL HWY #203
BOCA RATON, FL 33432

*USTO*
**OFFICE OF THE U.S. TRUSTEE**
51 SW 1ST AVE, STE. 1204
MIAMI, FL 33130

*DEBTOR*
**ALAN SUJOVOLSKY**
3907 TREE TOP DR
WESTON, FL 33332

*CREDITOR*
**AMERICA'S SERVICING COMPANY**
POB 1820
NEWARK, NJ 07101

*CREDITOR'S ATTORNEY*
**ANTONIO ALONSO, ESQ.**
LAW OFFICES OF MARSHALL C. WATSON, P.A.
1800 NW 49TH ST., STE. 120
FT. LAUDERDALE, FL 33309